



**1 of 59**

3 bd | 2 ba | 1,714 sqft

27801 Breakers Dr, Zephyrhills, FL 33544

● **Off market**

Zestimate®: **$364,700** | Rent Zestimate®: **$2,350**

**Est. refi payment:** $2,179/mo  $ **Refinance your loan**



**Home value**  Owner tools  Home details  Neighborhood details

## Get a cash offer in 3 minutes

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**                                **$364,700**

What is this number?

**Unlock your offer**

## Home value



Zestimate

# $364,700

  Zestimate range

**$346,000 - $383,000**

  Last 30-day change

**- $5,326** (-1.4%)