UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Ping Li
8:24-cr-00334-SDM-NHA

| **Date**: August 23, 2024 | **Court Reporter**: Digital |
|---|---|
|  | **Interpreter**: N/A |
| **Time**: 10:00 AM–10:39 AM \| Total: 39 mins | **Deputy Clerk**: Clara Reaves |
| **Government Counsel** | **Defense Counsel** |
| Daniel Marcet, AUSA | Daniel Fernandez, Ret. |
| **Change of Plea Hearing** ||
| Plea agreement filed. ||
| Defendant sworn. ||
| Court finds Defendant competent to enter a plea of guilty. ||
| Defendant consents to magistrate judge presiding over change of plea. ||
| Court advises Defendant of charges, penalties, and rights and reviews Plea agreement with Defendant. ||
| Factual basis, as written in the plea agreement, is admitted. Defendant agrees that he has read and agrees to every page of plea agreement, including page 12 which he did not initial. ||
| Plea of guilty entered by Defendant as to Count One of the Indictment. ||
| Court will issue a report and recommendation to the District Judge. ||
| Adjudication of guilt deferred. ||
| Referred to probation for presentence investigation. ||
| Sentencing schedule to be determined. ||
| Court in recess. ||