UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - GENERAL

| CASE NO.: | 8:24-cr-334-SDM-NHA | DATE: | November 25, 2024 |
|---|---|---|---|
| HONORABLE STEVEN D. MERRYDAY | | INTERPRETER: | |
| | | LANGUAGE: | |
| **UNITED STATES OF AMERICA** | | GOVERNMENT COUNSEL DANIEL J. MARCET, AUSA | |
| v. | | | |
| **PING LI** | | DEFENSE COUNSEL DANIEL J. FERNANDEZ, retained | |
| COURT REPORTER: Becky Sabo | | DEPUTY CLERK: | Derek Young |
| TIME: 9:07 AM- 10:23 AM | TOTAL: 1hr 16 mins | PROBATION: | Deanna Lorenz |
| | | COURTROOM: | 15A |

**PROCEEDINGS:   SENTENCING**

All parties present and identified for the record.

The defendant previously pleaded guilty to Count One of the Indictment and is adjudged guilty of this offense.

Imprisonment: 48 MONTHS

Supervised Release: 3 YEARS

The defendant must submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. The defendant must inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

The defendant must be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer.

The defendant must provide the probation officer access to any requested financial information.

The defendant must refrain from engaging in any employment where he would have access to sensitive government information.

The defendant must have no contact with any foreign agents.

The defendant must cooperate in the collection of his DNA.

The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, you must submit to random drug testing not to exceed two tests per week.

Fine: $250,000
    The defendant must pay the fine immediately.

Special Assessment; $100.00 due immediately

In accord with the plea agreement, Count Two of the Indictment is dismissed.

It is further ordered that the defendant may voluntarily surrender at the institution designated by the Bureau of Prisons on or before January 8, 2025. The defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.

The court recommends housing the defendant at FCI Coleman or FCI Jesup.

The defendant is advised of his right to appeal and of his right to counsel on appeal.